MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-08-00015                                                                April 25, 2008
                                                                            8:55 a.m.

**UNITED STATES OF AMERICA -vs- CHO, IL and JO, MIN**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           BRUCE BERLINE, COURT-APPOINTED ATTORNEY
           CHO, IL, DEFENDANT
           DAVID BANES, ATTORNEY FOR DEFENDANT
           JO, MIN, DEFENDANT

PROCEEDINGS: ARRAIGNMENT

Defendant **CHO, IL** appeared with court appointed counsel, Attorney Bruce Berline. Government was represented by Eric O'Malley, AUSA.

Alex Tae was sworn as interpreter/translator of the Korean language.

Defense stated that they were ready to proceed with the Arraignment.

Defendant was sworn and advised of his constitutional rights.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court set jury trial for **June 16, 2008 at 9:00 a.m.** Pretrial motions shall be filed by **May 9, 2008.**

Government stated that they were satisfied with bail status as set for this defendant. No further comment from Defense.

**9:05 a.m.**

Defendant **JO, MIN** appeared with counsel, Attorney David Banes. Government was represented by Eric O'Malley, AUSA.

Robert Yu was sworn as interpreter/translator of the Korean language.

Defense stated that they were ready to proceed with the Arraignment.

Defendant was sworn and advised of his constitutional rights.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him.  Court set jury trial for **June 16, 2008 at 9:00 a.m.**  Pretrial motions shall be filed by **May 9, 2008.**

Government stated that they were satisfied with bail status as set for this defendant.  No further comment from Defense.

Adj. 9:05 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy