Bruce Berline, Esq.
**Law Office of Bruce Berline**
Macaranas Building, Second Floor
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorney for Il Cho

# UNITED STATES DISTRICT COURT

## FOR

## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00015 |
| Plaintiff, | STIPULATION TO CONTINUE FILING DEADLINE FOR PRE-TRIAL MOTIONS |
| vs. | |
| IL CHO and MIN JO, | Time: N/A |
| Defendants. | Date: N/A |
| | Judge: Munson |

    Defendant Il Cho, by and through his attorney, Bruce Berline, Esq., Defendant Min Jo, by and through his attorney, David Banes, Esq., and Plaintiff, by and through the United States Office of the Attorney General, hereby stipulate to request this Court to continue the deadline to file pre-trial motions in this matter, presently set for May 9, 2008, to May 30, 2008.

1  This stipulation is based upon the fact that defendants in this matter have yet to receive discovery in this matter due to the large amount of documents that require production to the defendants. Moreover, much of that discovery is in a foreign language and will require translation. Accordingly, defendants need an additional three weeks to receive the discovery, translate the documents into English and then submit any necessary pre-trial motions.

Dated this 8th day of May, 2008.

_____
BRUCE BERLINE
Attorney for Defendant Il Cho

_____
DAVID BANES
Attorney for Defendant Min Jo

_____
ERIC O'MALLEY
Assistant United States Attorney