FILED
Clerk
District Court

MAY -9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-00015 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | STIPULATION FOR MORE |
| IL CHO and | ) | TIME TO FILE PRE-TRIAL |
| MIN CHO, | ) | MOTIONS |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

BASED UPON THE STIPULATION of the parties, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that the deadline for filing of pre-trial motions is extended from May 9, 2008, to **May 30, 2008.**

DATED this 9th day of May, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)