# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00015                                                           May 30, 2008
                                                                      10:40 a.m.

### UNITED STATES OF AMERICA -vs- IL CHO

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           IL CHO, DEFENDANT
           BRUCE BERLINE, ATTORNEY FOR DEFENDANT

PROCEEDINGS:   WAIVER OF SPEEDY TRIAL

   Defendant was present with court appointed counsel, Attorney Bruce Berline. Government by Eric O'Malley, AUSA.

   Alex Tae was sworn as interpreter/translator of the Korean language.

   Defendant was sworn. Defendant stated in open Court that he and his attorney needed more time to prepare for trial.

   Defendant signed the Waiver Of Speedy Trial pleading in open court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

   The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **October 1, 2008** and that jury trial would commence on **Monday, September 8, 2008 at 9:00 a.m.** in this courtroom.

   Attorney Berline moved to have the date for pretrial motions extended to June 27, 2008. No objection from the Government. Court so ordered.

   Court ordered that the defendant be allowed to remain at liberty under all the same terms and conditions as previously set.

                                                       Court adjourned at 10:55 a.m.

                                                       /s/K. Lynn Lemieux, Courtroom Deputy