# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-08-00015-001                                                                                  August 28, 2008
                                                                                                             10:30 a.m.

### UNITED STATES OF AMERICA  -v- IL CHO

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURT ROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           BRUCE BERLINE, ATTORNEY FOR DEFENDANT
           IL CHO, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA**

Defendant appeared with counsel, Attorney Bruce Berline.  Government was represented by Eric O'Malley,  AUSA.  Also present was Margarita Wonenberg, U.S. Probation Officer.

Interpreter **Alex Tae**  was sworn as interpreter/translator of the Korean language.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

Court reviewed every element of the Plea Agreement with the Defendant.  Government reported to the Court what they would be able to prove if this matter proceeded to trial.  Defendant entered a plea of  **GUILTY to Count III.**  Court found that the defendant was fully competent to enter knowing and voluntary plea.  Court accepted the plea and the Plea Agreement.

Court ordered  a Presentence Investigation Report be submitted  by  October 28, 2008 and that the **Sentencing  hearing be set for Tuesday, December 2, 2008 at 9:00 a.m.**

Court ordered that the defendant remain at liberty on all of the same terms and conditions as previously set.

Adjourned at 11:05 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy